# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JAMES M. BOONE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>sued as Michael J. Astrue, )<br>)<br>Defendant. ) | Case No. 08-CV-2291 |

## ORDER

A Report and Recommendation (#15) was filed by Magistrate Judge David G. Bernthal in the above cause on June 23, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Defendant's Motion to Dismiss (#11) is GRANTED and Plaintiff's pro se Complaint (#6) is dismissed.

(3) This case is terminated.

ENTERED this 20th day of July, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE